**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CONDAIR GROUP AG,<br><br>        Plaintiff,<br><br>v.<br><br>DRI-STEEM CORPORATION,<br><br>        Defendants. | COMPLAINT<br><br>Case No.: _____<br>Judge: _____<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Condair Group AG ("Condair" or "Plaintiff") brings this action for patent infringement against Defendant Dri-Steem Corporation ("Dri-Steem" or "Defendant") and alleges as follows:

<u>NATURE OF THE ACTION</u>

1.      This action arises under the Patent Laws of the United States, 35 U.S.C. § 1, et seq., resulting from Defendant's unauthorized manufacture of, sale, and offers to sell humidifiers including at least the "GTS® LX Series Humidifiers" in the United States, which infringe claim 17 of United States Patent No. 10,634,372 (the '372 Patent).

<u>THE PARTIES</u>

2.      Plaintiff Condair is a corporation organized under the laws of Switzerland and has a primary place of business at Gwattstrasse 17, Pfäffikon SZ 8808, Switzerland.

3.      On information and belief, Defendant Dri-Steem Corporation is a corporation organized under the laws of Minnesota and has a primary place of business at 14949 Technology Drive, Eden Prairie, Minnesota 55344.

4.      On information and belief, Defendant owns and operates the website at www.dristeem.com.

5.      On information and belief, Defendant is in the business of manufacturing, selling and distributing humidifiers as well as other products for industrial use.

6.      On information and belief, Defendant's products are sold to its consumers through sales representatives located throughout the United States.

<u>JURISDICTION AND VENUE</u>

7.      This is an action arising under the patent laws of the United States, 35 U.S.C. § 1 et seq.  Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.      This Court may properly exercise personal jurisdiction over Dri-Steem because, upon information and belief, Dri-Steem is incorporated in Minnesota and its headquarters is located in Eden Prairie, Minnesota. On information and belief, Dri-Steem also manufactures products that have been and are used, offered for sale, sold, and purchased in Minnesota.

9.      Under 28 U.S.C. §§ 1391 and 1400, venue is proper in this judicial district at least because Dri-Steem is incorporated in this district and, therefore, "resides" in this district.

<u>THE PATENT-IN-SUIT</u>

10.      U.S. Patent No. 10,634,372 was duly and legally issued by the United States Patent and Trademark Office on April 28, 2020, with named inventors Scott Couperthwaite and Shahram Lotfi.  A copy of U.S. Patent No. 10,634,372 is attached as **<u>Exhibit 1</u>**.

11.      Condair Group AG is the lawful assignee of all right, title, and interest in and to U.S. Patent No. 10,634,372.

2

<u>COUNT I - PATENT INFRINGEMENT</u>

12.    The preceding paragraphs are incorporated by reference as if fully restated herein.

13.    Dri-Steem manufactures, sells, and offers to sells infringing humidifiers with two-stage heat exchangers (the "Infringing Products") including at least the "GTS® LX Series Humidifiers" through sales representatives located throughout the United States. **<u>Exhibit 2</u>** attached hereto is a true and correct screenshot of a portion of Dri-Steem's website which allows customers to find a sales representative based on their location, and **<u>Exhibit 3</u>** attached hereto are true and correct images of the infringing GTS® LX Series Humidifiers.  The images of Exhibit 3 are taken from an article discussing the GTS® LX Series Humidifiers used in a high school gymnasium which is available at https://dristeem.azureedge.net/public-documents/docs/default-source/azure-public/case-studies/aurora-charter-school-case-study.pdf?sfvrsn=7b0935f7_2,    the website of one of Dri-Steem's sales representatives available at https://www.ibc.ie/gts-lx-series-humidifier/, and from a Dri-Steem brochure for GTS® LX Series Humidifiers.

14.    By manufacturing, selling, and offering to sell the Infringing Products, Defendants have infringed and are continuing to infringe claim 17 of the '372 Patent.

15.    Claim 17 of the '372 Patent, reproduced below with the addition of the labels [a] – [f], recites:

> 17. A humidifier comprising:
> [a] a burner for burning a fuel within a water tank for generating steam in response to a demand;
> [b] a primary heat exchanger within the water tank for transferring heat from products of combustion of the fuel to the water within the water tank;
> [c] a secondary heat exchanger comprising a combusted gas section coupled to primary heat exchanger for receiving the cooled products of combustion from the primary heat exchanger and a water section for transferring additional heat from the cooled products of combustion to water flowing within the secondary heat exchanger; and

[d] a secondary fill valve connected to the secondary heat exchanger which is pulsed to provide cool water for transferring additional heat from the cooled products of combustion to water flowing within the secondary heat exchanger; wherein

[e] the water from a primary fill valve is fed directly into the water tank; and

[f] an outlet of the secondary heat exchanger is fed directly into the water tank.

16.    The Infringing Products embody every element of claim 17 of the '372 Patent, literally or under the doctrine of equivalents, as set forth below.

17.    The descriptions set forth below are based on the GTS® LX Series Humidifiers Model LX-50 ("LX-50"). These are preliminary examples, and are non-limiting.

### "17. A humidifier comprising:"

18.    **Exhibit 4** attached hereto is an annotated version of a true and correct copy the GTS Humidifier LX Series Installation, Operation, and Maintenance Manual Pages 70 and 71.

19.    The LX-50 is a humidifier.  See, e.g., Exhibits 3 and 4.

### "[a] a burner for burning a fuel within a water tank for generating steam in response to a demand;"

20.    Below FIGURE 1 is an annotated computer rendered image of the "GTS Humidifier LX-50 Interactive 3-D Model" available at https://www.dristeem.com/support-and-literature/literature-product-resources/by-product/gts-humidifier-lx-series, including an exploded view of the components that make up the LX-50.



FIGURE 1

21.     Among the components of the LX-50 is a burner assembly, as labeled in the above drawing. *See also* Ex. 4, Replacement Part No. 18.

22.     The burner assembly includes a burner for burning a fuel.

23.     Among the components of the LX-50 is a water tank, as labeled in the above drawing. *See also* Ex. 4, Replacement Part No. 15.

24.     Below FIGURE 2 is an annotated computer rendered image of the "GTS Humidifier LX-50 Interactive 3-D Model" available at https://www.dristeem.com/support-and-literature/literature-product-resources/by-product/gts-humidifier-lx-series, including an assembled view of the components within the water tank.



FIGURE 2

25.    The burner assembly is located within the water tank.

26.    The burner assembly generates steam within the water tank.

27.    The amount of steam generation can be adjusted in response to a demand for steam generation.

28.    The LX-50 includes "a burner for burning a fuel within a water tank for generating steam in response to a demand."


**"[b] a primary heat exchanger within the water tank for transferring heat from products of combustion of the fuel to the water within the water tank;"**

29.    FIGURE 1 depicts an exploded view of the components that make up the LX-50, which include a primary heat exchanger. *See also* Ex. 4 Replacement Part No. 11.

30.    FIGURE 2 depicts an assembled view of the components within the water tank, which include a primary heat exchanger. *See also* Ex. 4 Replacement Part Nos. 11 and 15.

31.    The primary heat exchanger is located within the water tank.

32.    The primary heat exchanger transfers heat to water within the water tank from products of combustion.

33.    The LX-50 includes "a primary heat exchanger within the water tank for transferring heat from products of combustion of the fuel to the water within the water tank."

**[c] a secondary heat exchanger comprising a combusted gas section coupled to primary heat exchanger for receiving the cooled products of combustion from the primary heat exchanger and a water section for transferring additional heat from the cooled products of combustion to water flowing within the secondary heat exchanger;**

34.    Below FIGURE 3 is an annotated computer rendered image of the "GTS Humidifier LX-50 Interactive 3-D Model" available at https://www.dristeem.com/support-and-literature/literature-product-resources/by-product/gts-humidifier-lx-series, including an assembled view of the components within the water tank and attached to the water tank.



FIGURE 3

35. The LX-50 includes a secondary heat exchanger. *See also* Ex. 4 Replacement Part No. 10.

36. The secondary heat exchanger includes a combustion gas section.

37. The combustion gas section is coupled to primary heat exchanger for receiving the cooled products of combustion from the primary heat exchanger. *See also* Ex. 4 Replacement Part No. 21.

38. Below FIGURE 4 is an annotated computer rendered image of the "GTS Humidifier LX-50 Interactive 3-D Model" available at https://www.dristeem.com/support-and-

literature/literature-product-resources/by-product/gts-humidifier-lx-series, including an assembled view of the secondary heat exchanger and related components.



FIGURE 4

39.    The secondary heat exchanger includes a water section for transferring additional heat from the cooled products of combustion to water flowing within the secondary heat exchanger.

40.    The LX-50 includes "a secondary heat exchanger comprising a combusted gas section coupled to primary heat exchanger for receiving the cooled products of combustion from

the primary heat exchanger and a water section for transferring additional heat from the cooled products of combustion to water flowing within the secondary heat exchanger."

**[d] a secondary fill valve connected to the secondary heat exchanger which is pulsed to provide cool water for transferring additional heat from the cooled products of combustion to water flowing within the secondary heat exchanger;**

41.    Below FIGURE 5 is an annotated computer rendered image of the "GTS Humidifier LX-50 Interactive 3-D Model" available at https://www.dristeem.com/support-and-literature/literature-product-resources/by-product/gts-humidifier-lx-series,    including    an assembled view of the pulsed secondary fill valve.



FIGURE 5

42.    The LX-50 includes a pulsed secondary fill valve connected to the secondary heat exchanger. *See also* Ex. 4 Replacement Part No. 26;

43. **Exhibit 5** attached hereto is a true and correct copy the GTS Humidifier LX Series Installation, Operation, and Maintenance Manual Page 11 which states "**Fill Valves:** As the humidifier boils water away, the precision fill valve(s) on the secondary heat exchanger will pulse on and off to maintain the water level in the tank."

44. The pulsed secondary fill valve provides cool water for transferring additional heat from the cooled products of combustion to water flowing within the secondary heat exchanger.

45. The LX-50 includes "a secondary fill valve connected to the secondary heat exchanger which is pulsed to provide cool water for transferring additional heat from the cooled products of combustion to water flowing within the secondary heat exchanger."

### [e] the water from a primary fill valve is fed directly into the water tank;

46. Water from a primary fill valve (see FIGURE 5) is fed directly into the water tank. *See also* Ex. 4, Replacement Part No. 20.

47. The LX-50 includes "the water from a primary fill valve is fed directly into the water tank."

### [f] an outlet of the secondary heat exchanger is fed directly into the water tank.

48. Below FIGURE 6 is an enlarged annotated computer rendered image of the "GTS Humidifier LX-50 Interactive 3-D Model" available at https://www.dristeem.com/support-and-literature/literature-product-resources/by-product/gts-humidifier-lx-series.

11



FIGURE 6

49.     As depicted in FIGURE 6, an outlet of the secondary heat exchanger feeds directly into the water tank.

50.     The LX-50 includes "an outlet of the secondary heat exchanger is fed directly into the water tank."

51.     At minimum, the LX-50 model includes each of the elements set forth in claim 17 of the '372 Patent.

12

52. At minimum, the LX-50 model infringes claim 17 of the '372 Patent either literally or under the doctrine of equivalents.

53. Condair through its North American subsidiary notified Dri-Steem of its rights in the '372 Patent. **Exhibit 6** attached hereto is a true and correct copy of the November 9, 2020 letter informing Dri-Steem of Condair's rights in the '372 Patent.

54. With knowledge of the '372 Patent and their own infringing conduct, Dri-Steem willfully continued to infringe the '372 Patent.

55. Condair has been and continues to be irreparably harmed by Dri-Steem's infringement of its valuable patent rights. Condair is without adequate remedy at law.

56. Condair also is entitled to recover damages adequate to compensate for the infringement of the '372 Patent, as well as additional damages for willful infringement, including increased damages under 35 U.S.C. §284, and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. §285.

PRAYER FOR RELIEF

WHEREFORE, Condair prays for judgment against Dri-Steem granting Condair relief as follows:

A. That this Court adjudge and decree that Dri-Steem has infringed and continues to infringe the '372 Patent;

B. That this Court grant injunctive relief enjoining the aforesaid acts of infringement by Dri-Steem, Dri-Steem's officers, agents, servants, employees, subsidiaries, and attorneys, and those acting in concert with Dri-Steem, including related individuals and entities, customers, representatives, original equipment manufacturers, dealers, and distributors;

13

C.    That this Court enter an award to Condair of such damages as it shall prove at trial against Dri-Steem that are adequate to compensate Condair for said infringement, said damages to be no less than a reasonable royalty together with prejudgment interest and costs;

D.    That this Court order an award to Condair of up to three times the amount of compensatory damages because of Dri-Steem's willful infringement, and any enhanced damages provided by 35 U.S.C. §284;

E.    That this Court render a finding that this case is "exceptional" and award to Condair its costs and reasonable attorneys' fees, as provided by 35 U.S.C. §285;

F.    That this Court award Condair prejudgement interest against Dri-Steem on all sums allowed by law; and

G.    That this Court grant to Condair such other, further, and different relief as may be just and proper.

<u>DEMAND FOR JURY TRIAL</u>

Condair demands a trial by jury of all matters to which it is entitled to trial by jury pursuant to Fed. R. Civ. P. 38.

14

Dated:  March 29, 2021                    Respectfully submitted,


                                          By:  */s/Eric H. Chadwick*
                                              Eric H. Chadwick (#248769)
                                              **DEWITT LLP**
                                              2100 AT&T Tower
                                              900 S. Marquette Avenue
                                              Minneapolis, MN  55402
                                              Telephone: (612) 305-1426
                                              ehc@dewittllp.com



                                              Lawrence J. Crain (*pro hac vice to be filed*)
                                              Paul R. Kitch (*pro hac vice to be filed*)
                                              Allyson M. Martin (*pro hac vice to be filed*)
                                              **Greer, Burns & Crain, Ltd.**
                                              300 South Wacker Drive, Suite 2500
                                              Chicago, Illinois 60606
                                              312.360.0080
                                              312.360.9315 (facsimile)
                                              lcrain@gbc.law
                                              pkitch@gbc.law
                                              amartin@gbc.law

                                          *Attorneys for Plaintiff Condair Group AG*